# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GNANH NORA KROUCH,** | **Case No.: 12-CV-02217 YGR** |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| vs. | |
| **WAL-MART STORES, INC.,** | |
| Defendant(s). | |

The parties' request for entry of a protective order is **DENIED WITHOUT PREJUDICE** to resubmit a proposed protective order with modifications to paragraph 6.3 so as to comply with this Court's procedures on discovery disputes (*see* Standing Order in Civil Cases ¶ 8).  The parties are reminded to email a word version of the proposed protective order to YGRpo@cand.uscourts.gov.

This Order Terminates Docket Number 25.

**IT IS SO ORDERED**.

Date: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**