**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GNANH NORA KROUCH,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**WAL-MART STORES, INC.,**<br><br>   Defendant(s). | Case No.: 12-CV-02217 YGR<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

The parties' request for entry of a protective order is **DENIED WITHOUT PREJUDICE** to resubmit a proposed protective order with modifications to paragraph 6.3 so as to comply with this Court's procedures on discovery disputes (*see* Standing Order in Civil Cases ¶ 8). The parties are reminded to email a word version of the proposed protective order to YGRpo@cand.uscourts.gov.

This Order Terminates Docket Number 25.

**IT IS SO ORDERED**.

Date: January 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**