UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNANH NORA KROUCH, individually and on the behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.: 12-cv-02217-YGR<br><br>**ORDER GRANTING LEAVE TO FILE SUR-REPLY** |

At the hearing on Plaintiff's Motion for Class Certification, Defendant requested an opportunity to respond in writing to particular issues raised by Plaintiff for the first time in her Reply. Defendant is hereby **GRANTED** leave to file a sur-reply, *not to exceed five pages*, by October 9, 2013. The sur-reply is limited to address the following topics: (1) Plaintiff's modified class definition; (2) numerosity; and (3) Plaintiff's trial plan, attached as Exhibit L to the Declaration of David E. Bower, submitted in support of Plaintiff's Reply.  No further briefing will be permitted.

**IT IS SO ORDERED.**

Dated: October 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**