UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNANH NORA KROUCH, individually and on the behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.: 12-cv-02217-YGR<br><br>**ORDER CONTINUING PRE-FILING CONFERENCE REGARDING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** |

A pre-filing conference regarding Defendant's request for leave to file a motion for summary judgment is currently scheduled for December 20, 2013 at 8:45 a.m. The Court **CONTINUES** the pre-filing conference to <u>January 8, 2014 at 2:00 p.m.</u>

By December 18, 2013 at 12:00 p.m., Plaintiff shall file a statement identifying each of the elements for each claim alleged and the nature of her damages. In addition, for each claim, Plaintiff shall state whether she is entitled to a jury trial.

Defendant shall provide a response to Plaintiff's statement, to the extent it disagrees, by December 23, 2013 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: December 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**