UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNANH NORA KROUCH, individually and on the behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No.: 12-cv-02217-YGR<br><br>**ORDER REQUIRING JOINT STATEMENT** |

Pursuant to the leave given by the Court at the pre-filing conference held on Wednesday, January 8, 2014, the parties in this matter have set a telephonic conference for Tuesday, January 14, 2014, at 8:30 a.m., to discuss and resolve scheduling issues. The parties are hereby **ORDERED** to file a joint statement of their respective positions, including a single chart displaying each side's proposed dates, no later than **12:00 p.m. on Monday, January 13, 2014**.

**IT IS SO ORDERED.**

Dated: January 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**