1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION

| | |
|---|---|
| GNANH NORA KROUCH, Individually and On The Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>Defendant. | **Case No. 12-CV-2217-YGR**<br><br>**CLASS ACTION**<br><br>~~PROPOSED~~ **SCHEDULING ORDER** *AS MODIFIED BY THE COURT*<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1

**SCHEDULING ORDER**

After reviewing Plaintiff, GNANH NORA KROUCH ("Krouch"), and Defendant, WAL-MART STORES, INC ("Walmart") (collectively, the "Parties")'s Joint Report of Suggested Scheduling Order (ECF No. 66), IT IS HEREBY ORDERED that the following deadlines shall apply in this matter:

| Event | Deadline |
| --- | --- |
| Plaintiff's Expert Report on loss causation | February 10, 2014 |
| Defendant's Rebuttal Expert Report on loss causation | March 12, 2014 |
| Date by which to complete expert depositions on loss causation | April 1, 2014 |
| Deadline for Defendant to file motion for summary judgment regarding loss causation | April 8, 2014 |
| Deadline for Plaintiff to file Opposition to motion for summary judgment regarding loss causation | April 29, 2014 |
| Deadline to file Reply in support of motion for summary judgment regarding loss causation | May 13, 2014 |
| Summary Judgment Hearing on issue of loss causation | May 27, 2014 [Date to be selected by the Court] |

Furthermore, Plaintiff's currently pending Motion for Class Certification (ECF No. 38) is hereby withdrawn **DENIED** without prejudice, subject to resubmission after this Court's decision regarding Defendant's proposed Motion for Summary Judgment regarding loss causation.

This Order terminates Dkt. No. 38.

**IT IS SO ORDERED.**

Dated:  January 16, 2014

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

**SCHEDULING ORDER**