GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN: 234417)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7816
Facsimile: 310.586.7800
Email: herringtonr@gtlaw.com

Counsel for Defendant Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Gnanh Nora Krouch, Individually and On The Behalf of All Others Similarly Situated,<br><br>                    Plaintiff;<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No.   12-CV-2217-YGR<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANT** |

On October 28, 2014, the Court issued a final Order granting Defendant's Motion for Summary Judgment on all Plaintiff's claims. For the reasons stated in the Court's Order,

IT IS ORDERED AND ADJUDGED that:

1. Judgment is hereby entered in favor of Defendant and against Plaintiff on all claims;

2. Each of Plaintiff's claims and this action are DISMISSED WITH PREJUDICE;

3. Defendant, as the prevailing party, may submit a bill of costs pursuant to Local Rule 54-1 no later than 14 days after the entry of this judgment.

Dated: November 10, 2014

_____
Hon. Yvonne Gonzalez Rogers